# Exhibit A

Jay L. Kessler (8550)
Kessler Law Office, LLC
9087 West 2700 South, Ste 9
Magna, UT 84044
Telephone: (801)252-1400
Facsimile: (801)252-1401
Attorney for Karl E. Jorgenson

IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| KARL E. JORGENSON, | |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| KENNECOTT UTAH COPPER LLC, RIO TINTO INC., BP AMERICA, INC., DOES I-X, | Civil No. |
| | Judge |
| Defendants. | |

Plaintiff complaint against Defendants and for cause of action alleges:

## PARTIES

1. Plaintiff and Defendants Kennecott Utah Copper LLC and Rio Tinto Inc. are residents of Salt Lake County, State of Utah. BP America, Inc. is a British company doing business in the State of Utah.

## JURISDICTION AND VENUE

2. That the amount in controversy is more than $20,000 but less than $50,000.00 exclusive of costs.

3. Jurisdiction is vested in this Court by virtue of Utah Code Ann. § 78A-5-102.

4. Venue is proper in this Court pursuant to Utah Code Ann. § 78B-3-304(2).

## FACTUAL ALLEGATIONS

5. Mr. Jorgenson worked for Kennecott beginning May 10, 1970, as a laborer. He became vested in his retirement with Kennecott on May 10, 1980, and worked with Kennecott until 1983. (See Exhibit A)

6. Mr. Jorgenson has requested his retirement benefits from the Defendants for a number of years, without receiving them.

7. Mr. Jorgenson's benefits continue to accrue and are continuing to be due and owing.

8. The Defendants continue to improperly deny Mr. Jorgenson his retirement benefits, notwithstanding receiving evidence that Mr. Jorgenson worked for Kennecott and is entitled to these benefits.

9. Mr. Jorgenson's benefits should be $149.00 per month since he turned 65 years old in November, 2001, (a total of 132 months) for a total amount owed to him of $19,668.00.

10. Mr. Jorgenson has had to hire an attorney to prosecute this matter, and he should be awarded attorney's fee, costs, expenses, and other and such relief when the court becomes apprised in the circumstances.

**FIRST CLAIM FOR RELIEF**

**(Breach of Ongoing Contract)**

11. The Plaintiff incorporates by reference each and every allegation of paragraphs 1 through paragraph 10 above.

12. The Plaintiff worked for the Defendant with the agreement that he would receive retirement benefits for his vested service in their employ.

13. The retirement benefit owed to the Plaintiff amounts to $149.00 per month from the day he turned 65 until he passes away.

13. The Defendants are in continual breach of this agreement by refusing to pay his retirement benefits.

14. Due to the Defendants' continual breach of contract, the Plaintiff is entitled to all retirement benefits from November 2001 to the present in the amount of $19,668.00 plus costs, fees, interest, and other relief when the court becomes apprised in the circumstances.

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

1. For an Order of Judgment herein in favor of the Plaintiff and against the Defendants for breach of contract, in the principal amount of $19,668.00 plus

interest; costs and attorneys fees associated with the prosecution of this action, and for such other damages as may be proved at trial.

2. For an Order of Judgment herein in favor of the Plaintiff and against the Defendants for continued retirement benefits of $149.00 per month until the Plaintiff is deceased.

3. For pre- and post-judgment interest calculated at the contract rate of 18% per annum.

4. For costs and attorneys fees associated with the prosecution of this action; and

5. For such other and further relief as seems just in the premises.

DATED this 23 day of October, 2012.

_____
JAY L. KESSLER Attorney for Plaintiff Karl Jorgenson

SERVE:

Kennecott Utah Copper LLC
Registered Agent:
Corporation Service Company
2180 South 1300 East
Suite 650
Salt Lake City, Utah 84106

Rio Tinto America Inc.
Registered Agent:
Corporation Service Company
2180 South 1300 East
Suite 650
Salt Lake City, Utah 84106

BP America, Inc.
Registered Agent:
CT Corporation System
1108 E. South Union Ave.
Midvale, Utah 84047

3



# Notice of Service of Process

**DKS / ALL**
**Transmittal Number: 10465569**
**Date Processed: 10/24/2012**

| | |
|---|---|
| **Primary Contact:** | Cheree Finan<br>Rio Tinto America Inc.<br>4700 Daybreak Parkway<br>South Jordan, UT 84095 |
| **Entity:** | Kennecott Utah Copper LLC<br>Entity ID Number  2943019 |
| **Entity Served:** | Kennecott Utah Copper LLC |
| **Title of Action:** | Karl E. Jorgenson vs. Kennecott Utah Copper LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Salt Lake County District Court, Utah |
| **Case/Reference No:** | 120907224 |
| **Jurisdiction Served:** | Utah |
| **Date Served on CSC:** | 10/23/2012 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Jay L. Kessier<br>801-252-1400 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

Jay L. Kessler (8550)
Kessler Law Office, LLC
9087 West 2700 South, Ste 9
Magna, UT 84044
Telephone: (801)252-1400
Facsimile: (801)252-1401
Attorney for Karl E. Jorgenson

Served upon Tazia Prows
Date 10/23/2012   Time 3:35
By Signature _____
By Print Benjamin Kessler

IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| KARL E. JORGENSON,<br><br>Plaintiff,<br><br>vs.<br><br>KENNECOTT UTAH COPPER LLC, RIO TINTO INC., BP AMERICA, INC., DOES I-X,<br><br>Defendants. | **SUMMONS**<br><br><br><br>Civil No. 120907224<br>Judge Kennedy |

STATE OF UTAH TO KENNECOTT UTAH COPPER LLC AND ATTORNEY

You are hereby summoned and required to file an answer in writing to the attached Complaint with the clerk of the above-entitled court located at the Matheson Courthouse, 450 S. State Street, Salt Lake City, Utah 84111, and to serve upon or mail to Jay L. Kessler, attorney for Karl Jorgenson, at 9087 West 2700 South, Suite 9, Magna, Utah 84044, a copy of said Answer within TWENTY (20) days after service of this Summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in said Complaint which has been filed with the Clerk of said Court and a copy of which is hereto served upon you.

DATED this 23 day of October, 2012.

KESSLER LAW OFFICE

_____
Jay L. Kessler, Attorney for Karl Jorgenson

Serve:
Kennecott Utah Copper LLC
Registered Agent:
Corporation Service Company
2180 South 1300 East
Suite 650
Salt Lake City, Utah 84106

Rio Tinto America Inc.
Registered Agent:
Corporation Service Company
2180 South 1300 East
Suite 650
Salt Lake City, Utah 84106

BP America, Inc.
Registered Agent:
CT Corporation System
1108 E. South Union Ave.
Midvale, Utah 84047